**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| **TRIBAL SOLUTIONS GROUP, LLC, *et al.*,** *Plaintiffs,* | |
| v. | CAUSE NO. 3:23-CV-10-CWR-LGI |
| **JOSEPH VALANDRA, *et al.*,** *Defendants.* | |

**ORDER**

Jase Wilson, Michael Faloon, and Ready.net, Inc. filed, then Clayton Wooley joined, a motion to strike as untimely the third supplemental report of Plaintiffs' expert, Richard Eichmann. Docket Nos. 265 and 267 (joining the motion). The motion is granted.

On January 22, 2026, Magistrate Judge Isaac granted in part Plaintiffs' Emergency Motion to Compel and ordered Tribal Ready to supplement its written responses and document production on or before January 30, 2026. Docket No. 263. The Order specifically required Tribal Ready to produce its Working Forecast Capital Budget, the Tribal Ready Profit and Loss statement for 2025, and Tribal Ready's Balance Sheet for 2025. *Id.* Tribal Ready did not fully supplement its written discovery responses or document production until March 23, 2026.

Upon receiving that production, Plaintiffs provided the information to their expert, Mr. Eichmann, and he incorporated it into a third supplemental report. Mr. Eichmann did not use post-valuation-date evidence in his initial reports. "[Y]ou only look at information as of the date of valuation," he testified. Docket No. 265-4 at 146. "What happens afterwards is

almost irrelevant. It is truly irrelevant." *Id*. at 73. Mr. Eichmann now points to this late-produced discovery as corroboration for his conclusions. This is improper use of a supplemental expert report. "In a proper supplemental report, 'an expert may explain how he reached a particular conclusion but may not 'provide new sources and justifications for his opinion.'" *Jagneaux v. United Rentals (N. Am.), Inc.*, No. 1:18-CV-186-LG-RHW, 2020 WL 1821256, at *4 (S.D. Miss. Apr. 10, 2020) (quoting *Cooper v. Meritor, Inc.*, No. 4:16-CV-52-DMB-JMV, 2019 WL 545187, at *11, (N.D. Miss. Feb. 11, 2019) (cleaned up)). The supplement is untimely, and allowing its introduction would prejudice Defendants. Therefore, Mr. Eichmann's third supplemental report is excluded.

Nothing in this ruling prevents the introduction of the Tribal Ready Working Forecast Capital Budget, 2025 Profit and Loss statement, and/or 2025 Balance Sheet through another method. Presenting that evidence through a third supplementation of Mr. Eichmann's report at this late stage is, however, improper. The motion, Docket No. 265, is granted.

**SO ORDERED**, this the 2nd day of October 2026.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE