**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| **TRIBAL SOLUTIONS GROUP, LLC, *et al.*,**<br>*Plaintiffs,*<br>v.<br>**JOSEPH VALANDRA, *et al.*,**<br>*Defendants.* | CAUSE NO. 3:23-CV-10-CWR-LGI |

**ORDER**

Tribal Solutions Group, LLC and Tribal Communications, LLC filed a motion in limine. Docket No. 277. They seek to exclude evidence or mention of statements Dan Davis made to Clayton Wooley when Mr. Wooley ended his relationship with Tribal Communications in December 2022. These statements were relevant to claims Mr. Wooley brought against Mr. Davis. Mr. Wooley has now been dismissed from this suit by stipulation. Docket No. 276.

The parties resisting this motion have not identified the relevance these statements could have with respect to any element of any claim or defense remaining in this case. Instead, they suggest the statements could demonstrate bias and/or lack of credibility by showing that Mr. Davis initiated this suit to vindicate his grievances against these parties. That is not an improper motive for bringing suit. Furthermore, the Court fails to see how these statements could show bias in any way that could not be shown by demonstrating Mr. Davis's relationship to the parties in this action. He clearly favors some of these parties over others, given his relationships with them. The Court further fails to see how these statements

tend to show that Mr. Davis is more or less likely to be truthful, so they do not appear to bear on his credibility. The motion is granted.

**SO ORDERED**, this the 27th day of October 2026.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE